UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>JOHN LITTLE,<br><br>     Defendant. | Case No. CR16-238RSM<br><br>ORDER DENYING EARLY TERMINATION OF SUPERVISED RELEASE |

  This matter has come before the Court on defendant John Little's motion to terminate his remaining period of supervised release (Dkt #50). The Court has reviewed the defendant's motion, the response of the government and the records and files herein.

  IT IS NOW ORDERED that Defendant's motion for early termination of supervised release is DENIED.

  DATED this 18th day of October, 2023.

                      _____
                      RICARDO S. MARTINEZ
                      UNITED STATES DISTRICT JUDGE

ORDER - 1