UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN LITTLE, <br><br> Defendant. | Case No. CR16-238RSM <br><br> ORDER DENYING MOTION FOR EARLY TERMINATION OF PROBATION |

This matter has come before the Court on John Little's motion to terminate his remaining period of supervised release (Dkt #53). The Court has reviewed the defendant's motion, the government's response, and the records and files herein.

IT IS NOW ORDERED that Defendant's motion for early termination of supervised release is DENIED.

DATED this 13th day of May, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 1